IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK D. SAMPSON,

    Plaintiff,                 No. CIV S-07-1655 LEW GGH P

    vs.

C. BARTON, et al.,

    Defendants.            <u>FINDINGS & RECOMMENDATIONS</u>

                         /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has separately issued an order addressing the second amended complaint filed January 7, 2008. In this order, the court found that plaintiff stated a colorable claim for violation of his right to access the courts as to defendants Barton and Probst. The court also found that plaintiff's due process claim against these defendants was not colorable. The court further found that plaintiff had not stated a colorable claim for relief against defendant Felker.

        Accordingly, for the reasons stated in that order, IT IS HEREBY RECOMMENDED that the due process claims against defendants Barton and Probst and all claims against defendant Felker contained in the second amended complaint filed January 7, 2008, be dismissed.

1

1 These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3 days after being served with these findings and recommendations, plaintiff may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).

DATED: 01/30/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

sam1655.56