IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**PATRICK D. SAMPSON,**

                Plaintiff,

      **v.**

**C. BARTON, et al.,**

                Defendants.

2:07-CV-01655 JAM GGH P

**ORDER**

      The Court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's complaint in this matter. Accordingly, Defendants shall have thirty days to file a response to Plaintiff's complaint. Defendants shall file their response to Plaintiff's complaint on or before July 9, 2008.

      **IT IS SO ORDERED.**

Dated: 07/14/08                /s/ Gregory G. Hollows
                                      United States Magistrate Judge

samp1655.eot