IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK DeMARC SAMPSON,

    Plaintiff,　　　　　　　　　No. CIV S-07-1655 JAM GGH P

  vs.

C. BARTON, et al.,

    Defendants.　　　　　　　　ORDER

_____/

      Plaintiff has requested an extension of time to file a response to defendants' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's July 31, 2008 motion for an extension of time (Docket #33) is granted; and

      2. Plaintiff is granted twenty days from the date of this order in which to file his response to defendants' motion to dismiss.

DATED: 08/07/08

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:ak
samp1655.36