IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK D. SAMPSON,

        Plaintiff,                    No. CIV S-07-1655-JAM-GGH P

    vs.

D. PROFET, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 09/12/08

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:cm
samp1655.59ggh